UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATIONWIDE SIGNS, LLC | * | CIVIL ACTION NO. |
| VERSUS | * | SECTION: |
| NATIONAL SIGNS, LLC | * | JUDGE: |
| | * | MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATORY JUDGMENT COMPLAINT

Plaintiff, Nationwide Signs, LLC ("Nationwide"), through undersigned counsel, in support of its Declaratory Judgment Complaint against defendant, National Signs, LLC ("National"), respectfully avers, as follows:

1.

Plaintiff is a limited liability company organized and existing under the laws of the State of Texas, having a place of business in Houston, Texas.

2.

Defendant is a limited liability company organized and existing under the laws of the State of Delaware, and can be found at 1011 North Causeway Boulevard, Suite 3, Mandeville, Louisiana 70471, within this judicial district.

3.

This is a suit for Declaratory Judgment of invalidity and non-infringement of a

1

trademark. This Court has original jurisdiction pursuant to Title 28, United States Code, Section 1338(a) because this action arises under the trademark laws of the United States (15 U.S.C.A. §§ 101 et seq.) and pursuant to the Declaratory Judgment Act, Title 28, United States Code, Section 2201 and has jurisdiction pursuant to 28 United States Code, Section 1367 over any claims arising under state law. Venue in this judicial district is proper pursuant to Title 28, United States Code, Section 1391 because the defendant resides in this judicial district.

4.

Defendant claims to own all rights, title, and interest in a trademark for NATIONAL SIGNS.

5.

Defendant has asserted said trademark against plaintiff and contends that plaintiff's use of NATIONWIDE SIGNS violates section 43(a) of the Lanham Act, Title 15 United States Code, Section 1125(a), the Texas Trademark Act, Tex. Bus. & Com. Code 16.001and Texas common law. Defendant sent a cease and desist letter to plaintiff threatening to file suit under the Lanham Act, if plaintiff did not immediately stop using NATIONAL SIGNS, thereby creating a justiciable controversy which is a cloud upon plaintiff's business and which will interfere with and will harm plaintiff's business. See Exhibit "A" hereto.

6.

Defendant's alleged trademark in not entitled to any protection because it is generic, or alternatively, it is merely descriptive and has not acquired secondary meaning.

7.

Additionally, or alternatively, no actions taken by the plaintiff have infringed the defendant's alleged trademark or constituted unfair competition.

2

8.

Additionally, or alternatively, there is no likelihood of confusion between defendant's alleged trademark and any trademarks used by plaintiff.

9.

Additionally, defendant's claims for trademark infringement and/or unfair competition are barred by the doctrine of latches.

WHEREFORE, Plaintiff, Nationwide Signs, LLC, prays;

A. For a declaration and judgment that defendant's trademark is invalid and void and unenforceable and that Nationwide Signs, LLC has not at any time infringed the same, and that it is the right of plaintiff and its customers to continue their business without any further action, threat or interference of any kind or nature by National Signs, LLC or anyone claiming through or under defendant on account of said trademark.

B. For an injunction preliminarily and permanently restraining and enjoining defendant from asserting, threatening or otherwise seeking to rely upon defendant's trademark against plaintiff or its customers.

C. That plaintiff have judgment for its costs of this suit and for its reasonable attorney's fees.

D. For such other and further relief as this court may deem just and proper.

4838-4328-7872.v1

Respectfully submitted,

/s/ *Walter W. Christy*
Walter W. Christy (La. Bar No. 04134)
Stuart G. Richeson (La. Bar No. 23912)
Amanda W. Goldman (La. Bar No. 30800)
Gillian B. Gibbs (La. Bar No. 35790)
Coats Rose, P.C.
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
Telephone: (504) 299-3070
Facsimile: (504) 299-3071

*Attorneys for Nationwide Signs, LLC*

4838-4328-7872.v1